[No. 1827. Decided September 28, 1896.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE SMITH, *Appellant*.

Appeal from Superior Court, Spokane County.

*Houghton & Ridpath, J. L. Crotty*, and *S. A. Johnston*, for appellant.

*James E. Fenton*, for The State.

*Per Curiam.*—This case involves the same question that was decided by this court in *State v. Halbert.* 14 Wash. 306 (44 Pac. 538). Upon the authority of that case the judgment herein is reversed and the cause remanded with directions to the lower court to sustain the demurrer to the information.